IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAKESHA WYNETTA MCREYNOLDS,

   Petitioner,

v.                                                        CASE NO. 4:11-cv-00258-MP-CJK

TAYLOR, UNITED STATES OF AMERICA,

   Respondents.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 23, 2011. (Doc. 16).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The motion to dismiss, Doc. 14, is granted, and the Clerk is directed to close this file.

**DONE AND ORDERED** this 26th day of June, 2014

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge